**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MICHAEL ALAN YOCOM,                          No. C 10-03609 SBA (PR)

12              Plaintiff,                         **ORDER DENYING MOTION FOR**
                                                   **APPOINTMENT OF COUNSEL**
13      v.

14   RANDY GROUNDS, Warden,

15              Defendants.
                                                  /
16

17          Plaintiff has filed a motion for appointment of counsel to represent him in this action.

18          There is no constitutional right to counsel in a civil case unless an indigent litigant may lose

19   his physical liberty if he loses the litigation.  See Lassiter v. Dep't of Soc. Servs., 452 U.S. 18, 25

20   (1981); Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997) (no constitutional right to counsel in

21   § 1983 action), withdrawn in part on other grounds on reh'g en banc, 154 F.3d 952 (9th Cir. 1998)

22   (en banc).  The court may ask counsel to represent an indigent litigant under 28 U.S.C. § 1915 only

23   in "exceptional circumstances," the determination of which requires an evaluation of both (1) the

24   likelihood of success on the merits, and (2) the ability of the plaintiff to articulate his claims pro se

25   in light of the complexity of the legal issues involved.  See id. at 1525; Terrell v. Brewer, 935 F.2d

26   1015, 1017 (9th Cir. 1991); Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986).  Both of

27   these factors must be viewed together before reaching a decision on a request for counsel under

28   § 1915.  See id.

**United States District Court**
For the Northern District of California

1    The Court is unable to assess at this time whether exceptional circumstances exist which

2    would warrant seeking volunteer counsel to accept a pro bono appointment.  The proceedings are at

3    an early stage and it is premature for the Court to determine Plaintiff's likelihood of success on the

4    merits.  Moreover, Plaintiff has been able to articulate his claims adequately pro se in light of the

5    complexity of the issues involved.  See Agyeman v. Corrs. Corp. of Am., 390 F.3d 1101, 1103 (9th

6    Cir. 2004).  Accordingly, the request for appointment of counsel at this time is DENIED.  This does

7    not mean, however, that the Court will not consider appointment of counsel at a later juncture in the

8    proceedings; that is, after Defendants have filed their dispositive motion such that the Court will be

9    in a better position to consider the procedural and substantive matters at issue.  Therefore, Plaintiff

10   may file a renewed motion for the appointment of counsel after Defendants' dispositive motion has

11   been filed.  If the Court decides that appointment of counsel is warranted at that time, it will seek

12   volunteer counsel to agree to represent Plaintiff pro bono.

13       This Order terminates Docket nos. 6 and 10.

14       IT IS SO ORDERED.

15   DATED: 12/6/10                                   _____
                                                       SAUNDRA BROWN ARMSTRONG
16                                                     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  MICHAEL ALAN YOCOM,                          Case Number: CV10-03609 SBA

           Plaintiff,
5                                               **CERTIFICATE OF SERVICE**

       v.
6
   CTF-SOLEDAD et al,
7
           Defendant.
8  ——————————————————————/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on December 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
12 located in the Clerk's office.

13

14

15 Michael Alan Yocom K-22960
   D6-05L
16 CTF-Soledad State Prison - South Yard Facility
   P.O. Box 690
17 Soledad, CA 93960-0690

18 Dated: December 8, 2010
                                        Richard W. Wieking, Clerk
19                                      By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\CR.10\Yocom3609.DenyAtty.frm          3