IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM,<br><br>    Plaintiff,<br><br>  v.<br><br>RANDY GROUNDS, Warden, et al.,<br><br>    Defendants. | No. C 10-03609 SBA (PR)<br><br>**ORDER DISMISSING SUPERVISORY LIABILITY CLAIMS AGAINST DEFENDANTS GROUNDS AND SISK** |

On March 31, 2011, the Court issued an Order directing Plaintiff to amend his supervisory liability claims against Defendants Grounds and Sisk. The Court gave Plaintiff until May 2, 2011, to file an amendment to the complaint. He was warned the failure to do so would result in dismissal of his supervisory liability claims without prejudice. The time to file the amendment to the complaint has passed, and Plaintiff has failed to do so. Accordingly,

IT IS HEREBY ORDERED that his supervisory liability claims against Defendants Grounds and Sisk are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: 5/24/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\CR.10\Yocom3609.DismGrounds&Sisk.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

MICHAEL ALAN YOCOM,

        Plaintiff,

v.

CTF-SOLEDAD et al,

        Defendant.

Case Number: CV10-03609 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Alan Yocom K-22960
D6-05L
CTF-Soledad State Prison - South Yard Facility
P.O. Box 690
Soledad, CA 93960-0690

Dated: May 25, 2011

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk