UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL ALAN YOCUM, | No. C 04-03609 SBA (NJV) |
| Plaintiff, | ORDER RE RETURN OF DOCUMENTS |
| v. | |
| RANDY GROUNDS, et al., | |
| Defendants. | |

The parties are HEREBY NOTIFIED that any document through which a party seeks relief from the Court must be filed with the Court and served on the opposing party in compliance with the Local Rules and the Federal Rules of Civil Procedure. Any document received by the Court which does not meet these requirements will be returned to the sending party.

Accordingly, the Court hereby returns to Plaintiff an original letter dated June 11, 2011, which was received by the Court. This document does not contain proof of service on the opposing party.

A settlement conference will be set in this case on the Court's earliest available date.

Dated: June 22, 2011

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL ALAN YOCUM,<br><br>    Plaintiff,<br><br>v.<br><br>RANDY GROUNDS, et al.,<br><br>    Defendants. | No. C 04-03609 SBA (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on June 22, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

**Michael Alan Yocom**
K-22960
D6-05L
CTF-Soledad State Prison - South Yard Facility
P.O. Box 690
Soledad, CA 93960-0690

Dated: June 22, 2011

                               /s/ *Linn Van Meter*
                                  Linn Van Meter
                         Administrative Law Clerk to the
                          Honorable Nandor J. Vadas