IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL A. YOCOM,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**R. GROUNDS, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. C 10-3609 SBA (PR)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF MICHAEL A. YOCOM, CDCR No. K-22960** |

　　　Plaintiff Michael A. Yocom (CDCR No. K-22960) is a necessary witness at the settlement conference beginning at 9:00 a.m. on August 23, 2011 at Solano State Prison.  Mr. Yocom is housed at the Correctional Training Facility in Soledad, California, and is in the custody of the facility's warden.  The Court issues this Writ of Habeas Corpus Ad Testificandum so Mr. Yocom can attend the settlement conference.  This writ commands that Mr. Yocom's warden produce Mr. Yocom at the settlement conference, which the Honorable Nandor J. Vadas will preside over.

　　　ACCORDINGLY, THE COURT ORDERS that:

　　　1.　　This Writ of Habeas Corpus Ad Testificandum issue, with the Court's seal, and commands the Correctional Training Facility's warden and the California Department of Corrections and Rehabilitation to produce Mr. Yocom for the settlement conference beginning at

1  9:00 a.m. on August 23, 2011, at Solano State Prison.  Mr. Yocom must attend the conference
2  until the Court orders it completed.  The warden and CDCR may then return Mr. Yocom to the
3  Correctional Training Facility.
4      2.    The custodian must notify the Court if Mr. Yocom's custody changes, and provide
5  Mr. Yocom's new custodian with a copy of this writ in that event.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:  The warden of the Correctional Training Facility,

YOU ARE COMMANDED to produce inmate MICHAEL A. YOCOM, CDCR No. K-22960, before the United States District Court on August 23, 2011, at 9:00 a.m., at Solano State Prison, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of MICHAEL A. YOCOM v. WARDEN RANDY GROUNDS, et al., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court.

FURTHER, you must notify the Court if Mr. Yocom's custody changes, and provide Mr. Yocom's new custodian with a copy of this writ in that event.

IT IS SO ORDERED.

Dated: __July 22, 2011__

Judge Nandor J. Vadas