UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL ALAN YOCUM, | No. C 4:10-03609 SBA (NJV) |
|     Plaintiff, | |
| v. | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| RANDY GROUNDS, et al., | (Doc. 56) |
|     Defendants. | |

The writ of habeas corpus ad testificandum issued in this case on July 22, 2011, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: August 10, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL ALAN YOCUM, | No. C 4:10 -03609 SBA (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| RANDY GROUNDS, et al., | |
| Defendants. | |
| _____ / | |

I, the undersigned, hereby certify that on August 10, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Michael Alan Yocom
K-22960
D6-05L
CTF-Soledad State Prison - South Yard Facility
P.O. Box 690
Soledad, CA 93960-0690

/s/ *Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas