UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MICHAEL ALAN YOCUM,

    Plaintiff,

 v.

RANDY GROUNDS, et al.,

    Defendants.
_____/

No. C 10-3609 SBA (NJV)

WRIT OF HABEAS CORPUS
AD TESTIFICANDUM

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of MICHAEL ALAN YOCUM whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: August 10, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, CTF-Soledad State Prison

GREETINGS

WE COMMAND that you have and produce the body of MICHAEL ALAN YOCUM in your custody in the hereinabove-mentioned Institution, before the United States District Court on August 24, 2011, at 9:00 a.m., at Solano State Prison, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of YOCUM v. GROUNDS, et al., and at the

1  termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by
2  such order of the above-entitled Court as shall thereafter be made concerning the custody of said
3  prisoner, and further to produce said prisoner at all times necessary until the termination of the
4  proceedings for which his testimony is required in this Court;

5     Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6  for the Northern District of California.

8  Dated: August 10, 2011

                                     RICHARD WIEKING
9                                       CLERK, UNITED STATES DISTRICT COURT

10                                    By: _____Linn Van Meter_____
11                                            DEPUTY CLERK

13 Dated: August 10, 2011



writ ad test

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL ALAN YOCUM, | No. C 4:10 -03609 SBA (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| RANDY GROUNDS, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on August 10, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Michael Alan Yocom
K-22960
D6-05L
CTF-Soledad State Prison - South Yard Facility
P.O. Box 690
Soledad, CA 93960-0690

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

writ ad test